IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **DAVID PESHLAKAI, ET AL,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **vs.** § | |
| § | **Case No. 1:13-cv-00752 JB ACT** |
| **AMREST, LLC DBA APPLEBEE'S** § | |
| **NEIGHBORHOOD GRILL AND BAR,** § | |
| **AND APPLEBEE'S INTERNATIONAL,** § | |
| **INC.,** § | |
| § | |
| **Defendants.** § | |

**NOTICE OF COMPLETION OF BRIEFING**

Plaintiffs, through the undersigned counsel, notifies this Court pursuant to Local Rule 7.4€

that briefing on Plaintiff's Motion to Modify Scheduling Order, originally filed in District Court

is complete.  The following briefs have been filed in connection with this Motion:

| Filing Date | Title of Brief | Docket No. |
|---|---|---|
| 08/05/2013 | Plaintiffs' Motion to Modify Scheduling Order | Ex. A[1] |
| 08/20/2013 | Defendant Applebee's International, Inc.'s Response to Plaintiffs' Motion to Modify Scheduling Order | 18 |
| 08/20/2013 | Defendant Amrest, LLC's Response in Opposition to Plaintiffs' Motion to Modify Scheduling Order | 19 |
| 09/04/2013 | Plaintiffs' Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Modify The Scheduling Order | 30 |

Dated: September 12, 2013

Respectfully submitted,

/s/ Zackeree S. Kelin
Zackeree S. Kelin z.kelin@kelinlaw.com
Kelin Law Firm, P.C.
111 Tulane Drive S. E.
Albuquerque, New Mexico 87106
Telephone: (505) 242-7200
Fax: (505) 213-3399

---

[1] Plaintiffs' Motion did not make into the Federal Court Docket and is therefore attached here as Exhibit A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2013, I filed and served to all counsel of record the foregoing **NOTICE OF COMPLETION OF BRIEFING** electronically through the CM/ECF system as more fully reflected on the electronic notice.

/s/Zackeree Kelin
Zackeree S. Kelin z.kelin@kelinlaw.com
Kelin Law Firm, P.C.
111 Tulane Drive S. E.
Albuquerque, New Mexico 87106
Telephone: (505) 242-7200
Fax: (505) 213-3399