# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DAVID PESHLAKAI, DARLENE THOMAS,
CHARLES REYNOLDS AS THE PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH ESTATES OF DEL LYNN PESHLAKAI
(DECEASED) AND DESHAUNNA PESHLAKAI
(DECEASED), DANELL PESHLAKAI, DARNELL
PESHLAKAI, SHAWN BEGAY, DELACEY
PESHLAKAI, and DAVID PESHLAKAI, JR.,

      Plaintiffs,

vs.                                                                              No. CIV 13-0752 JB/ACT

JAMES RUIZ, GILBERT MENDOZA, AMREST, LLC
d/b/a APPLEBEE'S NEIGHBORHOOD GRILL AND BAR,
and APPLEBEE'S INTERNATIONAL, INC.,

      Defendants.

## <u>ORDER</u>

**THIS MATTER** comes before the Court on Defendant Applebee's International, Inc.'s

Motion for Protective Order Regarding Plaintiff's Notice of Deposition of Darren Hunt and Bob

Nygren and Request for Emergency Hearing, filed in state court January 29, 2013, filed in

federal court September 10, 2013 (Doc. 35-8)("Motion").   The Court held a hearing on

November 21, 2013.   The primary issue is whether the Court should "issue a Protective Order

prohibiting Plaintiffs from attempting to depose either Bob Nygren or Darren Hunt on dates that

they are unavailable."  Motion at 3.  At the hearing, the parties agreed that the deposition will not

take place as scheduled and that they will reschedule the deposition to occur at a time convenient

for the witnesses.   Pursuant to the parties' agreement at the hearing, the Court will grant the

Motion.

**IT IS ORDERED** that Defendant Applebee's International, Inc.'s Motion for Protective Order Regarding Plaintiff's Notice of Deposition of Darren Hunt and Bob Nygren and Request for Emergency Hearing, filed in state court January 29, 2013, filed in federal court September 10, 2013 (Doc. 35-8), is granted.  The deposition will not take place as scheduled; the parties will reschedule the deposition to occur at a time convenient for the witnesses.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Zackeree S. Kelin
Philomena M. Hausler
Kelin Law Firm
Albuquerque, New Mexico

--and --

Scott M. Hendler
Sean M. Lyons
Hendler Law, P.C.
Austin, Texas

    *Attorneys for the Plaintiffs*

Jeff Ray
Ray McChristian & Jeans, P.C.
El Paso, Texas

--and--

W. Mark Mowery
Jose R. Blanton
Glenn A. Beard
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant AmRest, LLC*

Edward Shepherd
Allen, Shepherd, Lewis & Syra, P.A.
Albuquerque, New Mexico

--and--

Shannon A. Parden
Deena Buchanan Williams
Olsen Parden Williams, P.C.
Albuquerque, New Mexico

*Attorneys for Defendant Applebee's International, Inc.*