## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DAVID PESHLAKAI, DARLENE THOMAS,
CHARLES REYNOLDS AS THE PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH ESTATES OF DEL LYNN PESHLAKAI
(DECEASED) AND DESHAUNNA PESHLAKAI
(DECEASED), DANELL PESHLAKAI, DARNELL
PESHLAKAI, SHAWN BEGAY, DELACEY
PESHLAKAI, and DAVID PESHLAKAI, JR.,

       Plaintiffs,

vs.                                                                         No. CIV 13-0752 JB/ACT

JAMES RUIZ, GILBERT MENDOZA, AMREST, LLC
d/b/a APPLEBEE'S NEIGHBORHOOD GRILL AND BAR,
and APPLEBEE'S INTERNATIONAL, INC.,

       Defendants.

## <u>ORDER</u>

**THIS MATTER** comes before the Court sua sponte.  To effectuate the parties'

Stipulation to Waive Objections to the Court's Departure from the District of New Mexico's Jury

Plan, filed March 18, 2014 (Doc. 233), the Court will order the Jury Division to draw jurors from

the Northern Division to report for jury service in the Central Division.  The jurors are to be

drawn from the jury wheel pursuant to the Court's jury plan, in that jurors are randomly drawn

from each county that makes up the Northern Division.  Once the jurors are drawn, only those

jurors from Santa Fe County should be sent summonses, qualifying questionnaires, and

supplemental questionnaires.  Those jurors not residing in Santa Fe County should not be sent

summonses or questionnaires, and will be immediately excused from the panel.

**IT IS ORDERED** that the Jury Division will draw jurors from the Northern Division to report for jury service in the Central Division.  The jurors are to be drawn from the jury wheel pursuant to the Court's jury plan, in that jurors are randomly drawn from each county that makes up the Northern Division.  Once the jurors are drawn, only those jurors from Santa Fe County should be sent summonses, qualifying questionnaires, and supplemental questionnaires.  Those jurors not residing in Santa Fe County should not be sent summonses or questionnaires, and will be immediately excused from the panel.

_____
UNITED STATES DISTRICT JUDGE

Counsel:

Zackeree S. Kelin
Philomena M. Hausler
Kelin Law Firm
Albuquerque, New Mexico

--and --

Scott M. Hendler
Sean M. Lyons
Hendler Law, P.C.
Austin, Texas

     *Attorneys for the Plaintiffs*

Jeff Ray
Ray McChristian & Jeans, P.C.
El Paso, Texas

--and--

W. Mark Mowery
Jose R. Blanton
Glenn A. Beard
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

     *Attorneys for Defendant AmRest, LLC*

Edward Shepherd
Allen, Shepherd, Lewis & Syra, P.A.
Albuquerque, New Mexico

--and--

Shannon A. Parden
Deena Buchanan Williams
Olsen Parden Williams, P.C.
Albuquerque, New Mexico

     *Attorneys for Defendant Applebee's International, Inc.*